LOVE, LLP
RICHARD A. LOVE (SBN 61944)
rlove@love-law.net
11601 Wilshire Boulevard, Suite 2060
Los Angeles, California 90025-1756
Telephone: (310) 477-2070
Facsimile: (310) 477-3922

BROWN, NERI, SMITH AND KHAN, LLP
NATHAN MICHAEL SMITH (SBN 255212)
nate@bnsklaw.com
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025-1756
Telephone: (310) 593-9890
Facsimile: (310) 788-3399

Attorneys for Plaintiff
STEVEN F. MAUCK

CHRISTOPHER E. PANETTA (SBN 175127)
ELIZABETH R. LEITZINGER (SBN 259677)
FENTON & KELLER
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
cpanetta@fentonkeller.com
eleitzinger@fentonkeller.com

Attorneys for Defendants CHARLES J. MCKEE,
COUNTY OF MONTEREY, COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN F. MAUCK, an individual, | CASE NO. 5:18-cv-04482-NC |
| Plaintiff, | |
| vs. | JOINT REQUEST FOR DISMISSAL;[ORDER |
| CHARLES J. MCKEE, an individual; COUNTY OF MONTEREY, a California government entity; | |
| Defendants. | |

Plaintiff Steven F. Mauck ("plaintiff") and defendants Charles J. McKee and County of Monterey, by and through their respective counsel, hereby wish to notify the Court that the settlement in this matter has been completed. Accordingly, the parties request that the Court dismiss this civil action, with prejudice.

IT IS SO STIPULATED.

DATED: September 19, 2019

LOVE, LLP
BROWN, NERI, SMITH AND KHAN, LLP

By: */s/ Richard A. Love*
    Richard A. Love
    Attorneys for Plaintiff
    STEVEN F. MAUCK

DATED: September 19, 2019

FENTON & KELLER
A Professional Corporation

By: */s/ Elizabeth R. Leitzinger*
    Christopher E. Panetta
    Elizabeth R. Leitzinger
    Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

DATED: September 26, 2019

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
Case No. 5:18-cv-04482-NC
JOINT REQUEST FOR DISMISSAL; ORDER